HARRIET J. RALDIRIS, Appellant, *v.* E. H. H. SIMMONS, as President of the New York Stock Exchange, Respondent.

(Argued January 21, 1935; decided February 26, 1935.)

*Francis X. Gallagher* and *Harold J. Hinman* for appellant.

*Henry A. Uterhart, Roland L. Redmond* and *Rush Taggart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.